IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01944-GPG

**GREGORY PAUL FRYE**,

    Applicant,

v.

**ANGEL MEDINA**, Warden, FMCC; and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

---

## MINUTE ORDER

MINUTE ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Respondents are **ORDERED** to file a supplemental response addressing the issues raised in Applicant's Reply filed on October 19, 2015 (ECF No. 10) on or before November 30, 2015.  Applicant may filed a sur-reply within thirty days after the supplemental response is filed.

Dated:  October 26, 2015