# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01944-LTB

GREGORY PAUL FRYE,

      Applicant,

v.

ANGEL MEDINA, Warden FMCC, and
CYNTHIA COFFMAN, Attorney General of the State of Colorado,

      Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Applicant's Motion for Certificate of Appealability (ECF No. 21) filed on March 25, 2016, is DENIED because the Court determined in the order dismissing this action that no certificate of appealability should be issued.

Dated:  March 31, 2016